# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO: 04-54 |
| KELLY PERNEL HARRELL | SECTION: "S" |

## ORDER AND REASONS

**IT IS HEREBY ORDERED** that Kelly Pernel Harrell's Motion for Reconsideration (Doc. #101) is **DENIED**.

On February 1, 2006, Harrell pleaded guilty in this matter to being a felon in possession of a firearm and possession with intent to distribute heroin. On June 14, 2006, Harrell was sentenced to a term of imprisonment of 52 months on each count, to be served concurrently, and a term of supervised release of three years on each count, to be served concurrently. Harrell's supervised release commenced on November 26, 2007.

On December 12, 2008, while on supervised release in this matter, Harrell was arrested by personnel of the New Orleans Police Department. He was charged with being a felon in possession of a firearm, possession with intent to distribute crack cocaine, possession with intent to distribute heroin, illegal possession of stolen firearms, and possession of a firearm. The Orleans Parish District Attorney accepted the charges regarding a felon in possession of a firearm, possession with intent to distribute crack, and possession with intent to distribute heroin. Thereafter, the case was adopted by the United States Attorney's Office and prosecuted in the United States District Court for the Eastern District of Louisiana under Criminal Action No. 10-55.

On February 4, 2010, the United States filed a Rule to Revoke Supervised Release in this matter alleging that Harrell violated the terms and conditions of his supervised release by incurring the charges involved in Criminal Action No. 10-55. This court revoked Harrell's supervised release on December 1, 2011, and sentenced him to serve 24 months in the custody of the Bureau of Prisons as to counts one and two, to be served concurrently with each other, but consecutively to any term of imprisonment imposed in the United States District Court for the Eastern District of Louisiana, Criminal Action No. 10-55.

Harrell seeks to have the sentenced imposed on the revocation of his supervised release in this matter run concurrently with his sentence in Criminal Action No. 10-55. When this court revoked Harrell's supervised release and imposed a term of 24 months imprisonment, it specifically stated that the sentence is to be served consecutively to his sentence in Criminal Action No. 10-55. Also, the sentence imposed in Criminal Action No. 10-55 was ordered to run consecutively to the term of imprisonment imposed on Harrell's supervised release revocation in this matter. Further, pursuant to 18 U.S.C. § 3582, the court does not have jurisdiction to modify Harrell's sentence.

New Orleans, Louisiana, this __26th__ day of July, 2012.

                **MARY ANN VIAL LEMMON**
                **UNITED STATES DISTRICT JUDGE**